UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 15-2660-DSF (KKx) | Date | August 20, 2018 |
| Title | William Bower, et al. v. County of Riverside, et al. | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER for Plaintiffs Bower and Finlayson and Plaintiffs' Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement (IN CHAMBERS)

On July 11, 2016, the Honorable Dale S. Fischer referred this matter for mandatory ADR proceedings to be completed no later than April 3, 2017. ECF Docket No. ("Dkt.") 30.

On July 30, 2018, Judge Fischer held a pretrial conference and ordered the parties to contact Magistrate Judge Kenly Kiya Kato regarding scheduling a settlement conference. Dkt. 88. On August 3, 2018, Judge Kato issued an Order Regarding Settlement Conference, scheduling the settlement conference for August 22, 2018, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference, i.e. August 15, 2018.[1] Dkt. 89.

The Court has received Defendants' Confidential Settlement Conference Statement. However, as of this date, the Court has not received a Confidential Settlement Conference Statement from plaintiffs William Bower and Michelle Finlayson.

---

[1] Following the Court's August 3, 2018 order, Plaintiffs' counsel apparently informed Court staff he was unavailable on August 22, 2018. The parties were, therefore, directed to propose alternate dates for the settlement conference to proceed in light of the approaching September 4, 2018 trial date. Despite multiple communications from this Court, the parties failed to provide an alternate date. Hence, the dates set forth in the August 3, 2018 order remain.

The Court, therefore, ORDERS plaintiffs Bower and Finlayson and plaintiffs' counsel, Jerry L. Steering, to show cause why they should not be sanctioned in the amount of $1,000 each for their failure to comply with the Court's order. Plaintiffs and plaintiffs' counsel shall respond in writing to this Order to Show Cause and submit the required filings no later than **August 22, 2018**. Additionally, in light of Plaintiffs' failure to submit a timely settlement conference statement, the August 22, 2018 settlement conference is VACATED.

**IT IS SO ORDERED.**