# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BOWER and MICHELLE FINLAYSON, Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, et al., Defendants. | EDCV 15-2660 DSF (KKx) <br><br> JUDGMENT |

The Court having (1) granted Plaintiffs' motion for default judgment as to certain claims against Defendants Webcop Interactive Systems, Inc., Westech Patrol Specialists, Inc., Brother's Towing, Inc., Christopher S. Porter (collectively, Private Defendants), (2) dismissed Defendant Juan Duran pursuant to the stipulation of the parties, and (3) granted summary judgment in favor of Defendants County of Riverside, Deputy Chad McVay, and Deputy Paul Verostek,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants County of Riverside, Deputy Chad McVay, and Deputy Paul Verostek on all claims against them, and in favor of William Bower only as to his claims for assault and battery

against the Private Defendants and he is awarded no damages. All other claims are dismissed

Date: March 30, 2020

                                                                   Dale S. Fischer
                                                                   United States District Judge